# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

QUAMIR D. BROWN

Defendant.

CASE NUMBER   2:23-MJ-01161-ADB-1

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, QUAMIR D. BROWN, was represented by Areeb Salim, Assistant Federal Public Defender.

The defendant pleaded guilty to Delay or Destruction of Mail on April 25, 2024. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Violation Number(s) |
|---|---|---|---|
| 18 USC 1703(b) | Delay or Destruction of Mail | September 6, 2023 | 7492705 |

As pronounced on April 25, 2024, the defendant is sentenced as provided in pages 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must pay to the United States a special assessment of $25.00, which shall be due immediately. Said special assessment shall be made payable to the Central Violations Bureau, P.O. Box 780549, San Antonio, Texas 78278.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this  8th  day of May, 2024.

_____
Andrea D Bergman
United States Magistrate Judge

08611

Defendant: QUAMIR D. BROWN  
Case Number: 2:23-MJ-01161-ADB-1

Judgment - Page 2 of 2

# PROBATION

You are hereby sentenced to Unsupervised Probation for a term of 6 months.

While on Unsupervised Probation, you must not commit another federal, state or local crime and must not possess any illegal controlled substance.

**It is the Order of the Court that you must comply with the following standard conditions:**

1. You must report any change of address to the Probation Office.

2. You must report any change of employment to the Probation Office.

3. You must report any change of phone number to the Probation Office.

4. You must report any law enforcement contact to the Probation Office.

5. Your fine and special assessment totaling $435.00 must be paid by 10/25/24 to the Central Violations Bureau, P.O. Box 780549, San Antonio, Texas 78278 or online www.cvb.uscourts.gov.  If you are unable to pay by this date, you must contact Theresa Evans at (862) 390-0638.

**********

**Failure to comply with these conditions will result in notification to the Court requesting violation proceedings.**

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed)_____

Defendant                                                                                         Date

_____

U.S. Probation Officer/Designated Witness